

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2021 - 1443                                   DIVISION E

SILVIA RODRIGUEZ

VERSUS

WAFFLE HOUSE, INC., ABC INSURANCE COMPANY,            **SECTION 7**
and BRITTANY C. ROBINSON

FILED_____   DEPUTY CLERK_____

### PETITION FOR DAMAGES

The Petition of Silvia Rodriguez, a person of the full age of majority and domiciled in the Parish of Orleans, State of Louisiana, respectfully represents:

1.

The following parties made Defendants in this lawsuit are justly and truly indebted unto your Petitioners jointly, severally, and/or in solido, for such monetary damages as are reasonable in the premises of this action, together with legal interest thereon from the date of judicial demand until paid:

A. WAFFLE HOUSE, INC., a foreign corporation domiciled in Norcross, GA., with its registered office and principal place of business in Louisiana registered in East Baton Rouge Parish, and doing business in the Parish of Orleans, State of Louisiana.

B. ABC INSURANCE COMPANY, a foreign insurer authorized to do and doing business in the Parish and State wherein this action is brought;

C. BRITTANY C. ROBINSON, a person of the full age of majority, domiciled in the Parish of Orleans, and an employee and manager of Defendant, Waffle House, Inc., present at the time of the incident herein sued upon.

2.

On or about March 1, 2020, your Petitioner, Silvia Rodriguez, was lawfully an invitee and/or patron on the premises of 2500 Canal Street, New Orleans, LA. 70119, the location of Waffle House, Inc., Store # 2196, (hereafter "Premises") for the purpose of conducting commercial business/ dining and for a purpose directly related to business dealings with the possessor and business located on said premises.





EXHIBIT "A"

3.

At all times pertinent hereto, said premises was managed and maintained by Waffle House, Inc., and its manager, Brittany C. Robinson. Suddenly, due to dangerous and defective condition(s) in the step riser/stair system from the parking lot of the Premises leading up to the building/store, your Petitioner, Silvia Rodriguez, slipped on vomit, a dangerous and unsafe condition, which she could not see and fell when leaving, as the step system also was poorly lit without proper lighting at night. Plaintiff suffered serious and debilitating injuries, as the Defendants did not orally or in any other way warn Petitioner of the dangerous and defective condition on the step riser/ stair system, nor the improper lighting, nor were there any warnings of any kind indicating the existence of any defects contained in or on the Premises, nor were proper inspections of the premises made to prevent/ correct/ avoid the dangerous and defective conditions.

4.

At all times pertinent hereto, the defendants, Waffle House and Brittany C. Robinson, knew or should have known of the unreasonable and unsafe condition(s) of said Premises and had previous actual and/or constructive notice of said unsafe condition(s).

5.

At all times pertinent hereto, defendants, Waffle House, Inc., and Brittany C. Robinson, had knowledge, or should have known of the defective and dangerous conditions which caused Petitioner, Silvia Rodriguez, to fall with serious resulting injuries, as the poorly lit/ dark outer Premises and step riser/ stair system with vomit at the time of Petitioner's accident, was present and defendants had notice and/or constructive notice of said dangerous conditions.

6.

The above-described accident and all resulting injuries and damages to Petitioner, Silvia Rodriguez, therefrom were caused by the individual negligence, strict liability and/or fault of Defendants, Waffle House, Inc., and Brittany C. Robinson, and for all dangerous conditions as well as vices or defects in said Premises and property at issue, in the following non-exclusive particulars, which, if inconsistent, are pleaded in the alternative, among others to be shown at the time of trial:

1. Owning and/or maintaining control of a step riser/ stair system and/or or walking surface in a defective condition and/or containing a vice or defect in the premises, including, but not limited to improper lighting at night, unsafe and/or defective steps/riser, and/or walking surface with vomit on said stair system;

2. Failing to warn of the hazardous conditions of the step riser/ stair system in and about the Premises;

3. Failing to warn Petitioner, Silvia Rodriguez, of the hazardous conditions of the Premises, including the failure to take reasonable and appropriate actions to discover, remedy or avoid the type of hazardous conditions which existed at the time of Petitioner's accident;

4. Failing to periodically or properly inspect the Premises for defects and vices and/or failing to take reasonable and appropriate actions as a result thereof;

5. Failing to correct defects and vices when such defects and vices became known or should have been known;

6. Breaching the duty to provide a reasonably safe walkway and/or step riser/ stair system and steps for the use of invitees, and/or guests;

7. Creating a hazardous condition which Defendants knew, or in the exercise of reasonable and ordinary care, should have known existed, which includes improper lighting and/or vomit on the stairs;

8. Creating an unreasonable risk of harm and/or failing to warn persons on the Premises of such hazardous condition(s);

9. Failing to properly maintain and failing to remedy the defective conditions that violated and/or were non-compliant with all previous and existing building codes;

10. For allowing Petitioner, Silvia Rodriguez, to walk on the walkway or step riser/ stair system without warning her of the dangerous and defective conditions;

11. Failing to properly train its employees;

12. Failing to exercise due care and caution;

13. Any and all other acts of negligence, fault or imprudence, including strict liability and premises liability, as authorized by law, which may be proven during the trial of the merits of this matter.

7.

Your Petitioner, Silvia Rodriguez, further avers that all Defendants are liable to her jointly, severally, proportionately and/or in solido as are reasonable in the premises hereof, for the following, non-exclusive list of damages:

(1) MEDICAL EXPENSES:

PAST, PRESENT AND FUTURE;

(2) PHYSICAL PAIN AND SUFFERING:

PAST PRESENT AND FUTURE;

(3) MENTAL AND EMOTIONAL PAIN AND SUFFERING:

PAST, PRESENT AND FUTURE;

(4) AGGRAVATION, INCONVENIENCE AND LOSS OF ENJOYMENT OF LIFE: PAST, PRESENT AND FUTURE;

(5) TEMPORARY AND PERMANENT DISABILITIES: FUNCTIONAL AND ANATOMICAL;

(6) LOSS OF WAGES;

(7) LOSS OF EARNING CAPACITY;

(8) LOSS OF CONSORTIUM;

(9) ANY AND ALL OTHER DAMAGES, WHICH MAY BE PROVEN AT THE TIME OF THE TRIAL OF THIS MATTER.

**8.**

At all times pertinent to the accident on March 1, 2020, your Petitioners aver that Defendants, Waffle House, Inc., and Brittany C. Robinson, are liable for all damages sustained by your Petitioner under the liability policy provisions which were in full force and effect at the time of the accident affording coverage for the Premises located at 2500 Canal Street, New Orleans, LA. 70119, the location of Waffle House, Inc., Store # 7239, managed and maintained by defendant(s), Waffle House, Inc., and Brittany C. Robinson, as insureds, or if self insured entities, under any terms and conditions of a policy of insurance which were in full force and effect at all times pertinent herein.

**9.**

At the time of the incident herein sued upon, Waffle House, Inc., manager Brittany C. Robinson did not take the Plaintiff's name or contact information and did not give a copy of any incident report to Plaintiff, in violation of Waffle House procedures and protocol.

**10.**

At all times material and relevant hereto, Brittany C. Robinson, was manager/ employee of the defendant, Waffle House, Inc., and was acting within the course and scope of her employment with the defendant, Waffle House, Inc., and; therefore, defendant(s), Waffle House, Inc., is liable jointly, severally, and in solido with the defendant, Brittany C. Robinson; unto Petitioner for all damages under the law of *respondent superior.*

**11.**

The monetary amount of Petitioner's cause of action herein in dispute exceeds the requisite amount required to establish the right to Trial by Jury pursuant to the provisions of the Code of Civil Procedure Article 1732, thereby entitling her to retain her rights and granting her the right to obtain a Trial by Jury on all issues herein.

**WHEREFORE**, Petitioner prays that Defendants, Waffle House, Inc., and Brittany C. Robinson, be served with a copy of this Petition and be duly cited to appear and answer same; and after due proceedings are had that there be judgment herein in favor of Petitioner and against Defendants, Waffle House, Inc., and Brittany C. Robinson, severally, and in-solido, for such monetary damages as are reasonable in the premises of this action, together with legal interest thereupon from the date of judicial demand until paid, and for all such general and equitable relief as the nature of the case may permit.

RESPECTFULLY SUBMITTED,

_____
SCOTT W. SMITH, L.L.C.
SCOTT W. SMITH (#27091)
2901 Division Street, Ste. 102
Telephone: (504) 835-1083
Facsimile: (504) 322-7888
E-Mail: scott@scottwsmithlaw.com
Attorney for the Petitioner


**PLEASE SERVE THE FOLLOWING:**

**1.) WAFFLE HOUSE, INC.**
**Through Registered Agent**
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802

**2) BRITTANY C. ROBINSON**
7001 Bundy Road, Apt# H 31
New Orleans, LA. 70127

*FILED FEB 17 2021 CLERK'S OFFICE CIVIL DISTRICT COURT*



# GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
## BRAD RAFFENSPERGER

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **WAFFLE HOUSE, INC.** | Control Number: | **H602801** |
| Business Type: | **Domestic Profit Corporation** | Business Status: | **Active/Owes Current Year AR** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **5986 Financial Dr, Norcross, GA, 30071, USA** | Date of Formation / Registration Date: | **3/25/1955** |
| State of Formation: | **Georgia** | Last Annual Registration Year: | **2020** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **GREGORY J NEWMAN** |
| Physical Address: | **5986 FINANCIAL DRIVE, NORCROSS, GA, 30071, USA** |
| County: | **Gwinnett** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| JONATHAN S WALLER | Secretary | 5986 FINANCIAL DR, NORCROSS, GA, 30071-2949, USA |
| ROBERT G MOORE | CFO | 5986 FINANCIAL DR, NORCROSS, GA, 30071-2949, USA |
| WALTER G EHMER | CEO | 5986 FINANCIAL DR, NORCROSS, GA, 30071-2949, USA |

Filing History     Name History

EXHIBIT A

# AFFIDAVIT

STATE OF LOUISIANA
PARISH OF Orleans

BEFORE ME, the undersigned Notary Public, personally came and appeared Brittney M. Robinson who, being first duly sworn, did depose and state:

1. I am a person of full age of majority and am competent to execute this Affidavit.

2. My middle initial is "M" not "C."

3. My current address is 1300 Farrington Dr., Marrero, LA 70072.

4. My address is not 7001 Bundy Rd., New Orleans, LA 70127.

5. As of the date of this Affidavit, I have not been served with a lawsuit filed by Silvia Rodriguez.

6. I was rehired by Waffle House, Inc. on 5/22/2019.

7. I was an employee at the Waffle House restaurant located at 2500 Canal Street, New Orleans, LA 70119.

8. I am not a salaried employee and have not been part of the Waffle House Management Training Program.

9. I work the Third Shift at Waffle House, Inc., which is from 9:00 p.m. to 7:00 a.m.

10. I worked the following dates the workweek of the alleged accident of Sunday, March 1, 2020:

    - Monday, February 24, 2020
    - Tuesday, February 25, 2020
    - Wednesday, February 26, 2020
    - Thursday, February 27, 2020

11. I did not work on or about Sunday, March 1, 2020.

12. I have no personal knowledge of the facts contained in the Petition for Damages of Silva Rodriguez.

13. I have no personal knowledge of any alleged dangerous or defective conditions of the Waffle House described in the Petition for Damages of Silva Rodriguez because I was not at work on Sunday, March 1, 2020, the day of the alleged accident.

14. I have no personal knowledge of the lighting condition alleged in the Petition for Damages of Silva Rodriguez because I was not at work on Sunday, March 1, 2020, the day of the alleged accident.

*Britt M. Robin* (signature)
BRITTNEY M. ROBINSON

Sworn to and subscribed before me this 1st day of April, 2021.

_____ LA Bar #37939
NOTARY PUBLIC
Robert McKnight
Print Name
37939
Bar Number

Robert A. McKnight
Notary Public for the Parish of Orleans
State of Louisiana
Louisiana State Bar Roll No. 37939
My Commission Issued for Life



1


EXHIBIT "C"

# AFFIDAVIT OF TERRA TANNER

STATE OF GEORGIA

COUNTY OF Gwinnett

BEFORE ME, the undersigned authority personally came and appeared:

## TERRA TANNER

Who did appear before me and state as follows:

1. She is a person of the full age of majority who makes the statements contained herein of her own personal knowledge, information and belief.

2. She is presently employed at Waffle House, Inc. as Internal Investigations Supervisor and has worked in the Waffle House, Inc. legal department for approximately nine (9) years.

3. In said position, she is personally familiar with and knowledgeable about Waffle House, Inc. personnel and employment records. Further she has direct access to Waffle House, Inc.'s regularly kept personnel and employment records.

4. In said capacity, she has reviewed the Waffle House, Inc. In/Out Report which reflects the dates and hours worked by various employees at particular restaurants.

5. The In/Out Report attached hereto and made a part of this Affidavit, reflects that Brittney Robinson did not work at Waffle House Unit 2196, located at 2500 Canal Street, New Orleans, Louisiana 70119 on March 1, 2020.

6. Affiant further states that the statements contained above are made of her own personal knowledge, information and belief.

_____
TERRA TANNER

Sworn to and subscribed before me this ___1___ day of ___April___, 2021.

_____
NOTARY PUBLIC

Kathryn K Robinson
Print Name

_____
Bar Number

EXHIBIT "D1"

EXHIBIT "D2"

```
PR025                      PERSONNEL FUNCTIONS                 *WEEKLY*
                             CHANGE EMPLOYEE
                                               HIRE DATE:    10/21/15
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 (ROBINSON, BRITTNEY M)           REHIRE DATE:     5/22/19
                                           LAST PAID DATE:    3/29/21
  NAME:
   LAST NAME:  ROBINSON          FIRST NAME:  BRITTNEY     MI:  M

  ADDRESS:
   STREET: 1300 FARRINGTON DR                      COUNTY: JEFFERSON
   CITY:   MARRERO                            ST: LA   ZIP:  70072-3925
  EXEMPTIONS:
  DMS ID: 00000000
  FED M/S: S BOX3: 00 / 05  BOX4: 0000000  / 0000000  / 0000000  NRA:
   STATE   M/S:      S     STATE   DEPS:  10   TAXED STATE: LA
   I-9 on FILE:      Y  (Y/N/X-Excluded)       W-4 on FILE:  Y   (Y/N)
  SEX/EOC:                               BIRTH:
   SEX:     F   EEOC :  002          BIRTH DATE:    120187

  PAYROL  INFO:
   TYPE:    W   DISTRIBUTION:  5   CLASS:  U   (Key HELP for Valid Classes)

   CF1- ETHNIC CODE     CF2- LOCK/UNLOCK FILE    CF3- EXIT
```

## Robert A. McKnight

| | |
|---|---|
| **From:** | Scott W. Smith <scott@scottwsmithlaw.com> |
| **Sent:** | Monday, March 22, 2021 10:10 AM |
| **To:** | Robert A. McKnight |
| **Cc:** | Ann Allman; 'Joanna Pereira' |
| **Subject:** | RE: Silvia Rodriguez v. Waffle House, Inc., Brittney C. Robinson, and ABC Insurance Company" |

Good Morning,

      I just saw her report from Guardian Car/ Dr. Royster and Mrs. Rodriguez did have an L4-5 ESI performed. She has not had her cervical injections yet, but I believe she is due for a return visit to discuss, etc.... Will be in touch.

*Scott W. Smith, Esq.*
Attorney at Law
SCOTT W. SMITH, L.L.C.
2901 Division Street, Ste. 102
Metairie, LA. 70002
Tel: (504) 835-1083
Fax: (504) 322-7888
Website: www.scottwsmithlaw.com

IMPORTANT NOTICE: This electronic message and all contents and attachments contain information from Scott W. Smith, L.L.C., and/or Scott W. Smith, Attorney at Law, which may be privileged, confidential, or otherwise protected from disclosure by the attorney-client privilege or legal protections. This information is intended to be for the addressee and duly authorized recipients only. If you are not the addressee, then any disclosure, copy, forwarding, distribution or use of this message, or its contents or any of its attachments, is strictly prohibited. If you have received this electronic message in error, please notify us immediately at telephone (504) 835-1083, and permanently delete the original message and all copies from all folders/files.

**From:** Robert A. McKnight <rmcknight@leakeandersson.com>
**Sent:** Friday, March 19, 2021 4:28 PM
**To:** scott@scottwsmithlaw.com
**Cc:** Ann Allman <aallman@leakeandersson.com>
**Subject:** Silvia Rodriguez v. Waffle House, Inc., Brittney C. Robinson, and ABC Insurance Company"

Good evening Scott –

It was great speaking with you about this one. As stated on our phone call, we've been retained to represent WHI on this one. On our phone call, we agreed to a 30-day extension from today in which to file our responsive pleadings. You also stated you served Brittany Robinson.

As it relates to the injuries herein, Plaintiff alleges the following:
- Plaintiff suffered injuries to her cervical and lumbar spine, and underwent a MRI;
- Plaintiff is suffering from two (2) bulges in her neck;
- A lower back tear at L4/L5; and
- Plaintiff was referred to an interventionist for a cervical spine epidural, but you don't know if the procedure was performed. Could you provide us with the medical bills and records?

1

EXHIBIT "E-F"

Should I have misunderstood our conversation in anyway, please advise.  We look forward to working with you on this one.

Robert A. McKnight



Website:  www.leakeandersson.com



Confidentiality Notice:  This email and any attachment(s) ("email") are subject to the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, are confidential and are intended for receipt or review only by the individuals and/or entities to whom this email is addressed.  This email may also include information or documents whose disclosure and use may be protected by or subject to protections or privileges, such as the attorney-client privilege, the work product immunity or other applicable laws or regulations.  Delivery to someone other than the named or intended recipient(s) shall not be deemed to constitute a waiver or abandonment of any such privilege or protection by the Sender.  The review, distribution, storage, transmittal, disclosure or other use of any email by any unintended or unauthorized recipient is expressly prohibited.  If you are not the named addressee (or an agent thereof) or this email has been addressed to you in error, please immediately notify the Sender by reply email and permanently delete the email and any attachment.

2

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

DOCKET NO.: 2021-1443                                                                 DIVISION "E"

SYLVIA RODRIGUEZ

VS.

WAFFLE HOUSE, INC., ABC INSURANCE COMPANY,
and BRITTANY C. ROBINSON

FILED: _____         _____

### NOTICE OF FILING FOR REMOVAL

To:   Clerk of Court
      Civil District Court
      421 Loyola Ave., Room 402
      New Orleans, LA 70112

      Scott W. Smith
      2901 Division St., Ste. 102
      Metairie, LA

**PLEASE TAKE NOTICE** that defendants, Waffle House, Inc. and Brittany C. Robinson, have filed into the United States District Court for the Eastern District of Louisiana A Notice of Removal of the above entitled and numbered action, a copy of said Notice being served herewith in conformity with 28 USC § 1446(b).

Respectfully submitted,

_/s/ Donald E. McKay, Jr._
DONALD E. MCKAY, JR., #14207
TASHA W. HEBERT, #25703
ROBERT A. MCKNIGHT, #37939
Leake & Andersson, L.L.P.
1100 Poydras Street, Suite 1700
New Orleans, LA 70163
Tel: (504) 585-7500
Fax: (504) 585-7775

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 5TH day of April, 2021, at their last known address of record.

_/s/ Robert A. McKnight_
ROBERT A. MCKNIGHT, ESQ.

44439/



EXHIBIT "G"