UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SILVIA RODRIGUEZ** | **CIVIL ACTION** |
| **VERSUS** | **No. 21-699** |
| **WAFFLE HOUSE, INC., ET AL.** | **SECTION I** |

## ORDER

Considering the parties joint motion[1] to dismiss with prejudice,

**IT IS ORDERED** that the motion is **GRANTED** and that the above-captioned case be and hereby is **DISMISSED WITH PREJUDICE**.  Each party shall bear its own costs.

New Orleans, Louisiana, January 21, 2022.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 44.